

FILED

JAN 24 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-97-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHESTER BRIAN LITTLESUN, | |
| Defendant. | |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 23) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

DATED this 24th day of January, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1